# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FREDERICK JAMES SCHMIDT,

    Plaintiff,

v.                                  CASE NO. 3:20cv5605-MCR-EMT

DR. DELGATO, et al.,

    Defendants.

_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on September 11, 2020. ECF No. 8. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The chief magistrate judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2.   This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1).

3.   The clerk shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 21st day of April 2021.

        *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**